**Opinion issued December 7, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-12-00963-CV

———————————————

## IN RE SOUTHAMPTON PLACE EXTENSION PROPERTY OWNERS ASSOCIATION, INC. AND ANN G. HIGHTOWER, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Southampton Place Extension Property Owners Association, Inc. and Ann G. Hightower, have filed a petition for writ of mandamus, challenging the trial court's Motion to Compel discovery and the trial court's grant of the

plaintiffs' partial Motion for New Trial.[1] Southampton and Hightower contend that the trial court abused its discretion in ordering them to produce the remaining insurance policy limits on an eroding insurance policy, and in granting the plaintiffs' partial motion for new trial as to their claims for negligence and gross negligence.

We **deny** the petition for writ of mandamus.[2] All pending motions are denied.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] The underlying case is *Thurmond v. Southampton Place Extension Property Owners Association, Inc.*, No. 2010-51417, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

[2] *See* TEX. R. APP. P. 52.89(d) (providing that, when denying relief requested in petition for writ of mandamus, "court may hand down an opinion but is not required to do so").

2